IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMARIO ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-020 |
| | ) | |
| CHARLES B. WEBSTER DETENTION | ) | |
| CENTER; CEASE MOORE; and | ) | |
| JAYLEN BRADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

According to Local Rule 4.1, the commencement of a civil action requires compliance with four specific criteria, including the presentation of the original complaint and the appropriate filing fee, or the original complaint and a petition to proceed *in forma pauperis* ("IFP"). On February 18, 2022, Plaintiff submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983 and requested permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2.) Based on Plaintiff's representations in his IFP motion, (doc. no. 2), the Court granted Plaintiff IFP status, subject to compliance with the requirements of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321, and to returning the Consent to Collection of Fees form and Prisoner Trust Fund Account Statement. (See doc. no. 4.)

Upon return of those forms, the Court discovered Plaintiff's dishonesty in the IFP motion, determined Plaintiff had sufficient funds to pay the $402 filing fee, and revoked his

IFP status.  (Doc. no. 7.)  The Court directed Plaintiff to pay the filing fee within twenty-one days and cautioned Plaintiff that failing to pay would result in a recommendation to the presiding District Judge that this case be dismissed without prejudice.  (See id. at 2 (citing Loc. R. 4.2(2)).)  Plaintiff has failed to respond.

A district court has authority to manage its docket to expeditiously resolve cases, and this authority includes the power to dismiss a case for failure to prosecute or failure to comply with a court order.  Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (citing Fed. R. Civ. P. 41(b)); see also Eades v. Ala. Dep't of Human Res., 298 F. App'x 862, 863 (11th Cir. 2008) (per curiam) ("District courts possess the ability to dismiss a case . . . for want of prosecution based on two possible sources of authority:  Fed. R. Civ. P. 41(b) or their inherent authority to manage their dockets.").  Moreover, the Local Rules of the Southern District of Georgia dictate that an "assigned Judge may, after notice to counsel of record, sua sponte . . . dismiss any action for want of prosecution, with or without prejudice . . . [for] [w]illful disobedience or neglect of any order of the Court; or [a]ny other failure to prosecute a civil action with reasonable promptness."  Loc. R. 41.1 (b) & (c).  Finally, dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a plaintiff has failed to comply with a court order, "especially where the litigant has been forewarned."  Owens v. Pinellas Cnty. Sheriff's Dep't, 331 F. App'x 654, 655 (11th Cir. 2009) (per curiam) (citing Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989)).

Plaintiff did not comply with the requirements for commencing a civil action by filing a dishonest IFP motion and then failing to submit the filing fee, or provide any response to the Order directing him to do so.  Plaintiff's failure to comply with the filing requirements of

the Local Rules and his failure to respond to the Court's Order directing payment of the filing fee amounts not only to a failure to prosecute, but also an abandonment of his case. See Loc. R. 4.2(2) (failing to make timely payment of filing fee after denial of IFP petition "will result in dismissal of the complaint."); see also Copeland v. Doe, 824 F. App'x 663, 666 (11th Cir. 2020) (*per curiam*) (affirming dismissal without prejudice under local rules where required filing fee not paid).   Accordingly, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and that this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 11th day of April, 2022, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA